1  JOSHUA J. DIVINE, SB# 225104
   KENT I. WISEMAN, SB# 88846
2  REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
   1265 Willis Street
3  Post Office Box 994647
   Redding, California  96099-4647
4  Telephone:  (530) 241-1611
   Facsimile:   (530) 241-5107
5  E-mail: rswslaw@pacbell.net

6  Attorneys for Plaintiff/Cross-Defendants
   MEYERS EARTHWORK, INC., a California Corporation
7  and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,
   a Pennsylvania corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| UNITED STATES, For the Use of MEYERS EARTHWORK, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WEST BAY BUILDERS, INC. a California Corporation; SAFECO INSURANCE COMPANY OF AMERICA; and DOES 1 through 10,<br><br>Defendants.<br>_____<br>WEST BAY BUILDERS, INC., a California corporation<br><br>Cross-Complainant,<br><br>vs.<br><br>MEYERS EARTHWORK, INC., a California corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Pennsylvania corporation and ROES 1 through 10, inclusive.<br><br>Cross-Defendants.<br>_____ | Case No. 2:12-cv-03022-JAM-CMK<br><br>STIPULATION OF PARTIES FOR AMENDED PRETRIAL SCHEDULING ORDER<br>_____ |

28  / / /

REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
1265 Willis Street
P.O. Box 994647
Redding, CA 96099-4647
(530) 241-1611

1

STIPULATION OF PARTIES FOR AMENDED PRETRIAL SCHEDULING ORDER

1   The parties, by and through their attorneys of record, herein stipulate to the following
2 amendments to the the Pretrial Scheduling Order executed by this court on April 2, 2013 as
3 follows:
4   1.   The discovery completion date shall change from August 20, 2013, with the
5 new discovery completion date being October 28, 2013;
6   2.   Disclosure of expert witnesses shall change from June 21, 2013 for initial
7 disclosure and June 21, 2013 for supplemental disclosure.  The new dates shall be
8 **September 23, 2013** for initial disclosure and **September 30, 2013** for supplemental
9 disclosure.
10  3.    All dispositive motions which are presently due October 9, 2013, shall now
11 be due **December 18, 2013**.
12  4.   The hearing date on such motions which is presently set for November 6, 2013
13 at 9:30 a.m. shall be **January 15, 2014 at 9:30 a.m.**
14  5.   The joint pretrial statement, which is presently to be filed on December 13,
15 2013 shall now be filed by **February 21, 2014.**
16  6.   The pretrial conference which is presently set for December 20, 2013 at 10:00
17 a.m. shall now be heard **February 28, 2014 at 11:00 a.m.**
18  7.   The jury trial in this matter which is presently set for February 3, 2014 at 9:00
19 a.m. shall now be heard **April 14, 2014 at 9:00 a.m.**
20 Dated: June 19 , 2013

                               REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP


                               By:_/s/_____
                                    JOSHUA J. DIVINE
                                    Attorneys for Plaintiff/Cross-Defendants
                                    MEYERS EARTHWORK, INC., a California
                                    Corporation and FIDELITY AND DEPOSIT
                                    COMPANY OF MARYLAND, a Pennsylvania
                                    corporation

REESE,
SMALLEY,
WISEMAN &
SCHWEITZER,
LLP
1265 Willis Street
P.O. Box 994647
Redding, CA
96099-4647
(530) 241-1611

2
STIPULATION OF PARTIES FOR AMENDED PRETRIAL SCHEDULING ORDER

1 | Dated: June 19, 2013

2 | MCINERNEY & DILLION, P.C.

3 | By: __/s/_____
4 | BRIAN JUNGINGER
TIMOTHY L. MCINERNEY
5 | Attorneys for Defendants/Cross-Plaintiff
WEST BAY BUILDERS, INC., a California
6 | Corporation and SAFECO INSURANCE COMPANY OF AMERICA

7 |

8 | **IT IS SO ORDERED:**

9 | Dated: June 19, 2013

10 |

11 | /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
1265 Willis Street
P.O. Box 994647
Redding, CA 96099-4647
(530) 241-1611

3

STIPULATION OF PARTIES FOR AMENDED PRETRIAL SCHEDULING ORDER