1  JOSHUA J. DIVINE, SB# 225104
   KENT I. WISEMAN, SB# 88846
2  REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
   1265 Willis Street
3  Post Office Box 994647
   Redding, California 96099-4647
4  Telephone: (530) 241-1611
   Facsimile: (530) 241-5107
5  E-mail: rswslaw@pacbell.net

6  Attorneys for Plaintiff/Cross-Defendants
   MEYERS EARTHWORK, INC., a California Corporation
7  and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,
   a Pennsylvania corporation
8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                        (SACRAMENTO DIVISION)
11

| | |
|---|---|
| UNITED STATES, For the Use of MEYERS EARTHWORK, INC., a California Corporation, <br><br>          Plaintiff, <br><br>    vs. <br><br> WEST BAY BUILDERS, INC. a California Corporation; SAFECO INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, <br><br>          Defendants. | Case No. 2:12-cv-03022-JAM-CMK <br><br> STIPULATION OF PARTIES FOR AMENDED PRETRIAL SCHEDULING ORDER <br> _____ |
| WEST BAY BUILDERS, INC., a California corporation <br><br>          Cross-Complainant, <br><br>    vs. <br><br> MEYERS EARTHWORK, INC., a California corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Pennsylvania corporation and ROES 1 through 10, inclusive. <br><br>          Cross-Defendants. | |

28 / / /

1

REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
1265 Willis Street
P.O. Box 994647
Redding, CA 96099-4647
(530) 241-1611

1    The parties, by and through their attorneys of record, herein stipulate to the following
2 amendments to the the Pretrial Scheduling Order executed by this court on April 2, 2013 as
3 follows:
4    1.    The <u>discovery completion date</u> shall change from August 20, 2013, with the
5 new discovery completion date being October 28, 2013;
6    2.    <u>Disclosure of expert witnesses</u> shall change from June 21, 2013 for initial
7 disclosure and June 21, 2013 for <u>supplemental disclosure</u>. The new dates shall be
8 **September 23, 2013** for initial disclosure and **September 30, 2013** for supplemental
9 disclosure.
10    3.    All <u>dispositive motions</u> which are presently due October 9, 2013, shall now
11 be due **December 18, 2013**.
12    4.    The <u>hearing date</u> on such motions which is presently set for November 6, 2013
13 at 9:30 a.m. shall be **January 15, 2014 at 9:30 a.m.**
14    5.    The <u>joint pretrial statement</u>, which is presently to be filed on December 13,
15 2013 shall now be filed by **February 21, 2014.**
16    6.    The <u>pretrial conference</u> which is presently set for December 20, 2013 at 10:00
17 a.m. shall now be heard **February 28, 2014 at 11:00 a.m.**
18    7.    The <u>jury trial</u> in this matter which is presently set for February 3, 2014 at 9:00
19 a.m. shall now be heard **April 14, 2014 at 9:00 a.m.**
20 Dated: June 19 , 2013
21
22                    REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
23
24                    By:_/s/_____
25                       JOSHUA J. DIVINE
                         Attorneys for Plaintiff/Cross-Defendants
26                       MEYERS EARTHWORK, INC., a California
                         Corporation and FIDELITY AND DEPOSIT
                         COMPANY OF MARYLAND, a Pennsylvania
27                       corporation
28

REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
1265 Willis Street
P.O. Box 994647
Redding, CA 96099-4647
(530) 241-1611

STIPULATION OF PARTIES FOR AMENDED PRETRIAL SCHEDULING ORDER

1 | Dated: June 19, 2013

2 |                             MCINERNEY & DILLION, P.C.

3 |
                                By:  /s/
4 |                                 BRIAN JUNGINGER
                                    TIMOTHY L. MCINERNEY
5 |                                 Attorneys for Defendants/Cross-Plaintiff
                                    WEST BAY BUILDERS, INC., a California
6 |                                 Corporation and SAFECO INSURANCE
                                    COMPANY OF AMERICA

8 | **IT IS SO ORDERED:**

9 | Dated: June 19, 2013

11 |                            /s/ John A. Mendez
                                JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

REESE,
SMALLEY,
WISEMAN &
SCHWEITZER,
LLP
1265 Willis Street
P.O. Box 994647
Redding, CA
96099-4647
(530) 241-1611

3

STIPULATION OF PARTIES FOR AMENDED PRETRIAL SCHEDULING ORDER