1  JOSHUA J. DIVINE, SB# 225104
   KENT I. WISEMAN, SB# 88846
2  REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
   1265 Willis Street
3  Post Office Box 994647
   Redding, California  96099-4647
4  Telephone:  (530) 241-1611
   Facsimile:  (530) 241-5107
5  E-mail: rswslaw@pacbell.net

6  Attorneys for Plaintiff/Cross-Defendants
   MEYERS EARTHWORK, INC., a California Corporation
7  and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,
   a Pennsylvania corporation

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10
                      (SACRAMENTO DIVISION)
11

12  UNITED  STATES,  For  the  Use  of )   Case No. 2:12-cv-03022-JAM-CMK
    MEYERS   EARTHWORK,   INC.,   a )
13  California Corporation,             )
                                       )   STIPULATION   OF   PARTIES   FOR
14              Plaintiff,             )   AMENDING PRETRIAL SCHEDULING
                                       )   ORDER
15       vs.                           )   _____
                                       )
16  WEST   BAY   BUILDERS,   INC.   a )
    California Corporation;            )
17  SAFECO INSURANCE COMPANY OF )
    AMERICA; and                       )
18  DOES 1 through 10,                 )
                                       )
19              Defendants.            )
    ─────────────────────────────     )
20                                     )
    WEST   BAY   BUILDERS,   INC.,   a )
21  California corporation             )
                                       )
22              Cross-Complainant,     )
                                       )
23       vs.                           )
                                       )
24  MEYERS   EARTHWORK,   INC.,   a )
    California corporation; FIDELITY AND )
25  DEPOSIT COMPANY OF MARYLAND, )
    a Pennsylvania corporation and ROES 1 )
26  through 10, inclusive.             )
                                       )
27              Cross-Defendants.      )
    ─────────────────────────────     )
28  / / /

REESE,
SMALLEY,
WISEMAN &
SCHWEITZER,
LLP
1265 Willis Street
P.O. Box 994647
Redding, CA
96099-4647
(530) 241-1611

1

STIPULATION OF PARTIES FOR AMENDED PRETRIAL SCHEDULING ORDER

The parties, having engaged in significant settlement discussions, and therefore it being necessary to foster further meaningful settlement discussions and allow for adequate discovery, by and through their attorneys of record, herein stipulate to the following amendments to the the Pretrial Scheduling Order executed by this court on June 19, 2013 as follows:

1.      The discovery completion date shall change from October 28, 2013, with the new discovery completion date being December 30, 2013;

2.      Disclosure of expert witnesses shall change from September 23, 2013 for initial disclosure and September 30, 2013 for supplemental disclosure.  The new dates shall be **November 25, 2013** for initial disclosure and **December 2, 2013** for supplemental disclosure.

3.      All dispositive motions which are presently due December 18, 2013, shall now be due **January 15, 2013**

4.      The hearing date on such motions which is presently set for January 15, 2013 at 9:30 a.m. shall be **February 19, 2014 at 9:30 a.m.**

5.      The joint pretrial statement, which is presently to be filed on February 21, 2014 shall now be filed by **April 18, 2014.**

6.      The pretrial conference which is presently set for February 28, 2014 at 10:00 a.m. shall now be heard **April 25, 2014 at 11:00 a.m.**

7.      The jury trial in this matter which is presently set for April 14, 2014 at 9:00 a.m. shall now be heard **June 16, 2014 at 9:00 a.m.**

Dated: September 19, 2013

REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP


By:_/s/_____
JOSHUA J. DIVINE
Attorneys for Plaintiff/Cross-Defendants
MEYERS EARTHWORK, INC., a California
Corporation and FIDELITY AND DEPOSIT
COMPANY OF MARYLAND, a Pennsylvania
corporation

REESE,
SMALLEY,
WISEMAN &
SCHWEITZER,
LLP
1265 Willis Street
P.O. Box 994647
Redding, CA
96099-4647
(530) 241-1611

2

1   Dated: September 19, 2013

2                                   MCINERNEY & DILLION, P.C.

3
                                    By:__/s/_____
4                                        BRIAN JUNGINGER
                                         TIMOTHY L. MCINERNEY
5                                        Attorneys for Defendants/Cross-Plaintiff
                                         WEST BAY BUILDERS, INC., a California
6                                        Corporation   and   SAFECO   INSURANCE
                                         COMPANY OF AMERICA
7

8   **IT IS SO ORDERED:**

9   Dated: September 19, 2013

10
                                    /s/ John A. Mendez_____
11                                  UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REESE,
SMALLEY,
27
WISEMAN &
SCHWEITZER,
28
LLP
1265 Willis Street
P.O. Box 994647
Redding, CA
96099-4647
(530) 241-1611

3