JOSHUA J. DIVINE, SB# 225104
KENT I. WISEMAN, SB# 88846
REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
1265 Willis Street
Post Office Box 994647
Redding, California  96099-4647
Telephone:  (530) 241-1611
Facsimile:   (530) 241-5107
E-mail: rswslaw@pacbell.net

Attorneys for Plaintiff/Cross-Defendants
MEYERS EARTHWORK, INC., a California Corporation
and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| UNITED  STATES,  For  the  Use  of ) MEYERS  EARTHWORK,  INC.,  a ) California Corporation, ) <br> ) <br>                     Plaintiff, ) <br> ) <br>        vs. ) <br> ) <br> WEST  BAY  BUILDERS,  INC.  a ) California Corporation; ) SAFECO INSURANCE COMPANY OF ) AMERICA; and ) DOES 1 through 10, ) <br> ) <br>            Defendants. ) <br>————————————————— ) <br> ) <br> WEST  BAY  BUILDERS,  INC.,  a ) California corporation ) <br> ) <br>            Cross-Complainant, ) <br> ) <br>        vs. ) <br> ) <br> MEYERS  EARTHWORK,  INC.,  a ) California corporation; FIDELITY AND ) DEPOSIT COMPANY OF MARYLAND, ) a Pennsylvania corporation and ROES 1 ) through 10, inclusive. ) <br> ) <br>            Cross-Defendants. ) <br>————————————————— ) | Case No. 2:12-cv-03022-JAM-CMK <br><br> STIPULATION   OF   PARTIES   FOR AMENDING PRETRIAL SCHEDULING ORDER <br> _____ |

/ / /

REESE,
SMALLEY,
WISEMAN &
SCHWEITZER,
LLP
1265 Willis Street
P.O. Box 994647
Redding, CA
96099-4647
(530) 241-1611

1

The parties, having engaged in significant settlement discussions, and therefore it being necessary to foster further meaningful settlement discussions and allow for adequate discovery, by and through their attorneys of record, herein stipulate to the following amendments to the the Pretrial Scheduling Order executed by this court on June 19, 2013 as follows:

1.     The discovery completion date shall change from October 28, 2013, with the new discovery completion date being December 30, 2013;

2.     Disclosure of expert witnesses shall change from September 23, 2013 for initial disclosure and September 30, 2013 for supplemental disclosure. The new dates shall be **November 25, 2013** for initial disclosure and **December 2, 2013** for supplemental disclosure.

3.     All dispositive motions which are presently due December 18, 2013, shall now be due **January 15, 2013**

4.     The hearing date on such motions which is presently set for January 15, 2013 at 9:30 a.m. shall be **February 19, 2014 at 9:30 a.m.**

5.     The joint pretrial statement, which is presently to be filed on February 21, 2014 shall now be filed by **April 18, 2014.**

6.     The pretrial conference which is presently set for February 28, 2014 at 10:00 a.m. shall now be heard **April 25, 2014 at 11:00 a.m.**

7.     The jury trial in this matter which is presently set for April 14, 2014 at 9:00 a.m. shall now be heard **June 16, 2014 at 9:00 a.m.**

Dated: September 19, 2013

REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP


By:_/s/_____
JOSHUA J. DIVINE
Attorneys for Plaintiff/Cross-Defendants
MEYERS EARTHWORK, INC., a California
Corporation and FIDELITY AND DEPOSIT
COMPANY OF MARYLAND, a Pennsylvania
corporation

REESE,
SMALLEY,
WISEMAN &
SCHWEITZER,
LLP
1265 Willis Street
P.O. Box 994647
Redding, CA
96099-4647
(530) 241-1611

2

1   Dated: September 19, 2013

2                                    MCINERNEY & DILLION, P.C.

3

4                                    By:__/s/_____
                                          BRIAN JUNGINGER
                                          TIMOTHY L. MCINERNEY
5                                         Attorneys for Defendants/Cross-Plaintiff
                                          WEST BAY BUILDERS, INC., a California
6                                         Corporation and SAFECO INSURANCE
                                          COMPANY OF AMERICA
7

8   **IT IS SO ORDERED:**

9   Dated: September 19, 2013

10

11                                   /s/ John A. Mendez_____
                                     UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REESE,
SMALLEY,
WISEMAN &
SCHWEITZER,
LLP
1265 Willis Street
P.O. Box 994647
Redding, CA
96099-4647
(530) 241-1611

3

STIPULATION OF PARTIES FOR AMENDED PRETRIAL SCHEDULING ORDER